No. 3759

Second Circuit

———

WINN v. SCARBOROUGH

———

(July 5, 1930. Opinion and Decree.)

———

Rusca & Cunningham, of Natchitoches, attorneys for plaintiff, appellee.

Breazeale & Hughes, of Natchitoches, attorneys for defendant, appellant.

DREW, J. This case is before us on rehearing, and after a careful study of same, we are convinced that our former decree is correct.

It is therefore ordered, adjudged and decreed' that the former judgment of this court be reinstated.

Costs of appeal to be paid by appellant.